(No. 6050—

MINNESOTA MINING AND MANUFACTURING COMPANY, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS, Respondent.

*Opinion filed August 30, 1971.*

CHARLES W. OTT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6053—

P. SIDNEY NEUWIRTH, M.D., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed August 30, 1971.*

P. SIDNEY NEUWIRTH, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.